IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,                          CR 04-64

        Plaintiff,                              OPINION AND ORDER

v.

JUAN DAVID MUNOZ-CRUZ,

        Defendant.


KARIN J. IMMERGUT
United States Attorney
FRANK NOONAN
United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204

    Attorneys for Plaintiff

STEVEN T. WAX
Federal Public Defender
STEPHEN R. SADY
Chief Deputy
Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, OR  97204

    Attorneys for Defendant


MARSH, Judge.

1 - OPINION AND ORDER

On February 16, 2006, the United States Court of Appeals for the Ninth Circuit remanded this case for a determination under United States v. Ameline, 409 F.3d 1073 (9th Cir. 2005)(en banc), whether I would have imposed a materially different sentence had the Sentencing Guidelines been advisory at the time of sentencing. See also United States v. Moreno-Hernandez, 419 F.3d 906 (9th Cir. 2005).

On remand, I have carefully considered the record in light of the now-advisory Sentencing Guidelines and the factors set forth in 18 U.S.C. § 3553(a). I remain satisfied that a sentence of 57 months was appropriate. I find that I would not have exercised discretion to impose a materially different sentence if I had been free to do so when I first sentenced defendant. Accordingly, I find it is not necessary to conduct further sentencing proceedings or to amend the original Judgment of Conviction in any manner.

IT IS SO ORDERED.

DATED this 19 day of April, 2006.

       /s/   Malcolm F. Marsh
      Malcolm F. Marsh
      United States District Judge

2 - OPINION AND ORDER